AO 442 (Rev. 01/09) Arrest Warrant

FID# 1386813



# UNITED STATES DISTRICT COURT
## for the
### Western District of Tennessee

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 25-cr-20042-1 MSN |
| STEVEN R. HALE | ) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   STEVEN R. HALE,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Unlawful shipment, transfer, receipt, or possession by a felon.

Date: 02/28/2025

s/Vallonda Pettway
*Issuing officer's signature*

City and state:   MEMPHIS, TENNESSEE

WENDY R. OLIVER - CLERK, U.S. DISTRICT COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 03/03/25, and the person was arrested on *(date)* 03/06/25
at *(city and state)* Memphis, TN

Date: 03/06/25

*Arresting officer's signature*

Carrie McDough, FBI
*Printed name and title*

FBI